DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> TRISTIN CARR, ) <br> ) <br>                   Defendant ) <br> ) | CR. NO. 1:2025-00008 |

TO:   Honorable Robert A. Molloy
        AUSA Rhonda Williams-Henry, Esq.
        AUSA Adam Sleeper, Esq.
        Gabriel Villegas, Esq.
        Terry Frederick, Esq.
        U.S. Marshals Service
        U.S. Probation & Pretrial Service

**REPORT AND RECOMMENDATION**
**CONCERNING PLEA OF GUILTY**

The Defendant, by consent, has appeared before me pursuant to Fed. R. Crim. P. 11, LRCr 1.2, and LRCi 72.3, and has entered a plea of guilty to Count <u>One</u> of the INFORMATION — <u>POSSESSION WITH INTENT TO DISTRIBUTE</u>. After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowledgeable and voluntary as to Count <u>One</u> and that the offense charged is supported by an independent basis in the facts containing each of the essential elements of the offense. I therefore recommend that the plea of guilty be accepted and the Defendant be adjudged guilty and have sentence imposed accordingly.

Dated: *February 13, 2026*

                                                          EMILE A. HENDERSON III
                                                          U.S. MAGISTRATE JUDGE